**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 13 WM 2023
:
Respondent  :
:
:
:
v.  :
:
:
WILLIE E. WILLIAMSON JR.,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.